```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America
```

FILED
OCT 12 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>MEGHAN PARADIS,<br><br>　　Defendant. | CASE NO. 4:21-mj-71612-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

　　Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 7, 2021, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

　　☐　Indictment

　　☐　Information

　　☐　Criminal Complaint

　　X　Other (describe)     Supervised Release Violation Petition

pending in the Eastern District of California, Case Numbers 2:15-CR-0176-TLN-005 and 1:15-CR-0242-TLN-SKO-002. An Amended Warrant (copy attached), which corrected the spelling of the defendant's last name, was issued on October 8, 2021.

v. 7/10/2018

1  In the Supervised Release Violation Petition (copy attached), the defendant is charged with a
2  violation of Title 18 United States Code, Section 3606 (Violation of Supervised Release).
3  Description of Charges: New Law Violation (Charge One); Unauthorized Possession of a Controlled
4  Substance (Charge Two).
5  The maximum penalties are as follows: two years of imprisonment; three years of supervised
6  release minus any custody time imposed.

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Date: October 12, 2021

　/s/ *Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

9879005

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:15-CR-0176-TLN-005 |
| Meghan Pardis | ) | 1:15-CR-0242-TLN-SKO-002 |
| *Defendant* | ) | |

RECEIVED 2020 OCT 26 AM 10:58 U.S. MARSHALS SERVICE EASTERN CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Meghan Pardis,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 3606 Violation of Supervised Release

Date: 10/26/2020

*Issuing officer's signature*

City and state: Sacramento, California

H. Huang, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL
2021 OCT -8 PM 1: 27
EASTERN DISTRICT
OF CALIFORNIA

USA,

v.

Case No: 2:15−CR−00176−TLN
1:15-cr-0242 TLN SKO

MEGHAN PARADIS,

## AMENDED WARRANT FOR ARREST

**TO:** THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Meghan Paradis

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

### Supervised Release Violation Petition

charging him or her with *(brief description of offense)*

### Violation of Supervised Release

in violation of Title __18__ United States Code, Section(s) __3606__

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Donati | 10/8/21     Sacramento, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at   **NO BAIL** | by   **District Judge Troy L. Nunley** |

---

### RETURN

This warrant was received and executed with the arrest of the above−named defendant _____

| | |
|---|---|
| _____ | _____ |
| Date Received | Name and Title of Arresting Officer |
| _____ | _____ |
| Date of Arrest | Signature of Arresting Officer |

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:** Meghan Paradis     **Docket Number:** 2:15CR00176-5-
1:15CR00242-2

**Name of Judicial Officer:** United States District Judge Troy L. Nunley

**Date of Original Sentence:** 10/12/2017

**Original Offense:**

2:15CR00176-5: 18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud (Class D Felony)
1:15CR00242-2: 18 U.S.C. § 1708 – Theft of Mail Matter (Class D Felony)

**Original Sentence:**

**2:15CR00176-5:** Count 1: 30 months custody Bureau of Prisons; 3-year TSR; $100 special assessment; $82,164.84 Restitution.

**1:15CR00242-2:** Count 4: 30 months custody Bureau of Prisons (concurrent to term imposed in 2:15CR00176); 3-year TSR (concurrent to term imposed in 2:15CR00176); $100 special assessment.

**Special Conditions:**

Warrantless Search
Apply All Monies
Financial Disclosure
Financial Restrictions
Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol
Aftercare Co-payment
Computer Inspection

**Type of Supervision:** TSR

RE: **Meghan Paradis**  **Docket Number: 2:15CR00176-5-**
**1:15CR00242-2**

Date Supervision Commenced:   8/7/2018

Other Court Actions: None

---

## PETITIONING THE COURT

☒ **TO ISSUE A WARRANT**

☐ **TO ISSUE A SUMMONS**

☐ **OTHER:**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**        **Nature of Violation**

**Charge 1:**     **NEW LAW VIOLATION**

On October 22, 2020, the offender was pulled over in a vehicle by Oakland Police Department relative to a homicide investigation on a male suspect. The offender admitted she was aware that the suspect was wanted by law enforcement. She assisted him by renting various hotel/motel rooms. The offender was returning to a hotel she had rented for the suspect when she was contacted and arrested by law enforcement. The homicide suspect was located in the room she had rented and taken into custody. The offender was arrested and charged with Section 32 of the California Penal Code - Accessory to Murder. This is in violation of the mandatory condition which states, *"The defendant shall not commit another federal, state, or local crime."*

**Charge 2:**     **UNAUTHORIZED POSSESSION OF A CONTROLLED SUBSTANCE**

On October 22, 2020, the offender was contacted by law enforcement and arrested for Section 32 of the California Penal Code - Accessory to Murder. A small amount of methamphetamine was found in the offender's purse. There was also a narcotic pipe found in the vehicle. This is in violation of the mandatory condition which states, *"The defendant must not unlawfully possess a controlled substance."*

**Justification:** Ms. Paradis began her term of supervised release on August 7, 2018. During the COVID pandemic, she was reportedly receiving unemployment benefits and working part time for DoorDash. It appears that Ms. Paradis has recently relapsed to the use of methamphetamine and subsequently returned to criminal activity.

RE: **Meghan Paradis**  
**Docket Number: 2:15CR00176-5-**
**1:15CR00242-2**

Officers from Oakland Police Department were investigating Gregory Ignacio as a suspect in two homicides. During their investigation, they believed the offender was helping the suspect by renting various hotel/motel rooms enabling him to hide from law enforcement. Ms. Paradis was pulled over in a vehicle while returning to a hotel where she had rented a room. She was the sole occupant of the vehicle. In the vehicle, officers found a firearm on the passenger floorboard. Officers also found items related to fraud/identity theft and a narcotic smoking pipe in the vehicle, and a small amount of methamphetamine in the offender's purse. She was arrested and booked in Santa Rita Jail in Alameda County on a charge of Accessory to Murder. Gregory Ignacio was located in the hotel room she had rented and arrested.

During an interview by the arresting officer, Ms. Paradis stated she knew that Gregory Ignacio, who is on supervised release out of the Northern District of California, was wanted by law enforcement. Despite that knowledge, she rented various hotel/motel rooms for him, assisting him in evading law enforcement. She also stated that the firearm in the vehicle was not hers and that she did not know who the firearm belonged to.

**Custody Status/Location** – *Alameda County Santa Rita Jail*

**Detention:** It appears that Ms. Paradis has returned to the use of methamphetamine, which has led to a return to criminal conduct, including identity theft and fraud related activities, which she is currently on supervision for. It is respectfully recommended a no-bail warrant be issued for the offender's arrest. This warrant will serve as a detainer should the offender be released from custody on local charges. Once she is arrested on the warrant, it is recommended she be detained as a danger and a flight risk due to her drug use and continued criminal conduct while on supervision.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   October 23, 2020
                              Elk Grove, California

Respectfully submitted,

*(signature)*

**Wendy E. Reyes**
**Sr. United States Probation Officer**
Telephone: (916) 683-4375

**DATED:** 10/23/2020

Reviewed by,

*(signature)*

**Ronnie Preap**
**Supervising United States Probation Officer**

RE: **Meghan Paradis**  	**Docket Number: 2:15CR00176-5-**
	**1:15CR00242-2**

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other:

## FURTHER PROCEEDINGS REGARDING CUSTODY:

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

**DATED:** October 26, 2020

Troy L. Nunley
United States District Judge

CC:

United States Probation

Assistant United States Attorney: Rosanne Rust

United States Marshal Service

RE: **Meghan Paradis**                          **Docket Number: 2:15CR00176-5-**
                                                **1:15CR00242-2**

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Troy L. Nunley
United States District Judge
Sacramento, California

                                                RE:   Paradis, Meghan
                                                                         Docket Number: 2:15CR00176-5;
                                                                         1:15CR00242-2

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**
        a. Evidence:

            i. County of Alameda Probable Cause Declaration, regarding Oakland Police Department Report Number 20-048225.

        b. Witnesses:

            i. Oakland Police Department officers will testify the offender committed the violation as alleged in Charge 1 of the Petition.

**Charge 2:**    **UNAUTHORIZED POSSESSION OF A CONTROLLED SUBSTANCE**
        a. Evidence:

            i. Oakland Police Department Report Number 20-048225.

        b. Witnesses:

            i. Oakland Police Department officers will testify the offender was in possession of methamphetamine as alleged in Charge 2 of the Petition.

RE: **Meghan Paradis**

**Docket Number: 2:15CR00176-5-
1:15CR00242-2**

Respectfully submitted,

*[signature]*

**Wendy E. Reyes**
**Sr. United States Probation Officer**
Telephone: (916) 683-4375

**DATED:**  10/23/2020
  Elk Grove, California

Reviewed by,

*[signature]*

**Ronnie Preap**
**Supervising United States Probation Officer**

RE: Meghan Paradis                    Docket Number: 2:15CR00176-5-
                                      1:15CR00242-2

# REVOCATION GUIDE – SUPERVISED RELEASE

| | | | |
|---|---|---|---|
| **Name of Offender:** | Megahn Paradis | **Docket Number:** | 2:15CR00176-5; 1:15CR00242-2 |
| **Date of Original Offense:** | 9/2014; 4/11/2013 | | |

**Original term of supervised release imposed:** 3 years

**Highest grade of violation alleged:** Grade A

**Criminal History Category of offender:** III

**Original guideline range:** 30 to 37 months.

**Chapter 7 range of imprisonment:** 18 to 24 months.

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒    Class C and/or D felony - 2 years

**Violation requires mandatory revocation:** YES: ☒    NO: ☐

<u>**Original offense committed on or after 04/30/2003**</u>: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

<u>**Original offense committed after 09/13/94:**</u> Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

RE: **Meghan Paradis**    **Docket Number: 2:15CR00176-5-1:15CR00242-2**

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.